Hammond v Fluvanna Enters., LLC (2024 NY Slip Op 01429)

Hammond v Fluvanna Enters., LLC

2024 NY Slip Op 01429

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

176 CA 23-01368

[*1]RICARDO. HAMMOND, JR., PLAINTIFF-RESPONDENT, V
v
FLUVANNA ENTERPRISES, LLC, DEFENDANT-RESPONDENT, AND PAINTING UNLIMITED OF JAMESTOWN, INC., DEFENDANT-APPELLANT. 

RUPP PFALZGRAF LLC, ROCHESTER (KEVIN J. FEDERATION OF COUNSEL), FOR DEFENDANT-APPELLANT.
FESSENDEN LAUMER & DEANGELO, PLLC, JAMESTOWN (MARY B. SCHILLER OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 
LAW OFFICES OF JOHN WALLACE, HARTFORD, CONNECTICUT (JORDYN M. PHILLIPS OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Chautauqua County (Stephen W. Cass, A.J.), entered August 8, 2023. The order denied in part the motion of defendant Painting Unlimited of Jamestown, Inc., for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 21, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court